**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEON STILLWELL, | ) | NO. CV 13-8984-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID B. LONG (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED: _____12/11/13_____ .

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE